# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV305
## (1:02CR45)

| | |
|---|---|
| MANUEL CARRIZOZA, )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court upon the Petitioner's motion for admission *pro hac vice* of Marcia G. Shein, to appear as counsel in this matter, filed September 19, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Petitioner's motion is ALLOWED, and Marcia G. Shein is hereby granted special admission to the bar of this Court upon the payment of the admission fee of ONE HUNDRED DOLLARS ($100.00) to the Clerk of this Court within ten (10) days of the filing of this Order.

**Signed: October 3, 2005**

Lacy H. Thornburg
United States District Judge