# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV305-1-T
## (1:02CR45)

| | |
|---|---|
| MANUEL CARRIZOZA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court *sua sponte* to address Respondent's request for additional time in which to respond to the Petitioner's insufficiency of the evidence claim.

On January 4, 2008, Respondent filed a reply to the Petitioner's response to the Respondent's motion to dismiss. **Government's Reply in Support of its Motion to Dismiss, filed January 4, 2008.** In such reply, Respondent requests that the Court allow an additional period of time for it to respond to the Petitioner's allegation contained in Issue I regarding the failure to appeal based on insufficiency of the evidence. *Id*. **at 1.** In the interest of justice and finality, the Court will grant a modest period of time

to the Respondent to file its reply. The Petitioner is also afforded an opportunity to file a response thereto.

**IT IS, THEREFORE, ORDERED** that Respondent's motion is **ALLOWED**, and a reply to the Petitioner's allegation contained in Issue I regarding the failure to appeal based on insufficiency of the evidence may be filed within 15 days from entry of this Order; the Petitioner is likewise afforded 15 days from service of Respondent's reply to file response thereto.

Signed: June 5, 2008

Lacy H. Thornburg
United States District Judge